**Mazraani & Liguori** LLP
Criminal and Injury Lawyers

Joseph M. Mazraani
Joseph C. Liguori *†

\* Licensed in NJ, NY and D.C.
† Certified by the Supreme Court of NJ
as a Civil Trial Attorney

September 1, 2017

*<u>Via Electronic Filing</u>*
Hon. Ann Marie Donio, U.S.M.J.
United States District Court
District of New Jersey – Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

   Re: **Donald Gardner v. New Jersey State Police, et. al.**
      **Civil Action No: 1:15-cv-08982-RBK-AMD**

Dear Judge Donio:

  Today I spoke with Morrison Kent Fairbairn, Esq., counsel for Defendant City of Atlantic City (AC). Plaintiff is not opposing AC's pending motion to dismiss. Accordingly, Mr. Fairbairn consented to the settlement conference proceeding in his absence, as scheduled, on September 7, 2017, at 12:00 p.m., if it please the Court.

  Thank you for the Court's courtesies in this and all matters.

                Respectfully submitted,

                JEFFREY S. FARMER, ESQ.

CC: John C. Hegarty, Esq.
    Michael Barker, Esq.
    Deputy Attorney General Kevin Dronson
    Morrison Kent Fairbairn, Esq.

Mailing Address:
1901 U.S. Highway 130, 2nd Floor
North Brunswick, NJ 08902
T: 732.951.3100 • F: 732.951.3101

970 Main Street
Paterson, NJ 07503
973.278.1111